AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Godbey, David C. | 2. Court or Organization<br><br>Northern District of Texas | 3. Date of Report<br><br>08/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U. S. District Judge
1100 Commerce Street Room 1504
Dallas Tx 75242

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Guardian | Guardianship _____ , terminated by the court on 9/11/12 |
| 2. | Agent | Agent, See Part VII Lines 13-30 |
| 3. | Executor | Executorship, see Part VII Lines 31-56 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Self employed, attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JPMorgan Chase Bank N A | Line of credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch - Retirement | D | Dividend | O | T | | | | | |
| 2. -Vanguard Institutional Index Fund | | | | | Buy (add'l) | 06/30/12 | K | | |
| 3. -Vanguard Short Term Investment Grade Fund ADM Class | | | | | Buy (add'l) | 06/30/12 | J | | |
| 4. UBS SPDR S&P MidCap 400 ETF TR | A | Dividend | | | Sold | 12/28/12 | K | D | |
| 5. UBS SPDR S&P 500 ETF TR | A | Dividend | | | Sold | 12/28/12 | K | D | |
| 6. UBS Unts Equity Inc Fund S&P 500 Trust 2 | B | Dividend | | | Sold | 12/28/12 | K | C | |
| 7. UBS Units Equity Inc Fund S&P MidCap 400 Index SR | C | Dividend | | | Sold | 12/28/12 | K | C | |
| 8. UBS Bank USA Dep Acct | A | Dividend | M | T | Buy (add'l) | 12/28/12 | M | | |
| 9. Capital One Bank N.A. Account(Y) | | | | | | | | | |
| 10. JPMorgan Chase Bank Account(sX) | A | Interest | L | T | | | | | |
| 11. Vanguard Wellington Fund Admiral | D | Dividend | M | T | Sold (part) | 12/28/12 | L | D | |
| 12. ▨ Trust B(Y) | | | | | | | | | |
| 13. Sch Adv Cash Reserve SWZXX | A | Dividend | K | T | | | | | |
| 14. DFA One Yr Fixed Inc Portfolio | A | Dividend | L | T | | | | | |
| 15. DFA Two Yr Global Fixed Inc Portfolio | B | Dividend | L | T | | | | | |
| 16. DFA Emerging Mkts Sm Cap Portfolio | A | Dividend | K | T | | | | | |
| 17. DFA Emerging Mkt Value Portfolio | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  DFA Intl Sm Cap Value Prtfolio | A | Dividend | K | T | | | | | |
| 19.  DFA Intl Value Portfolio | A | Dividend | K | T | | | | | |
| 20.  DFA Real Estate Sec Portfolio | B | Dividend | K | T | | | | | |
| 21.  DFA US Lg Cap Value Portfolio | A | Dividend | K | T | | | | | |
| 22.  DFA US LG Co Portfolio | A | Dividend | K | T | | | | | |
| 23.  DFA US Targeted Value Portfolio | B | Dividend | K | T | | | | | |
| 24.  Powershares Common Stcok | A | Dividend | K | T | | | | | |
| 25.  SCHW Intl Eq ETF | C | Dividend | L | T | | | | | |
| 26.  SCHW US Brd Mkt ETF | B | Dividend | L | T | | | | | |
| 27.  SPDR Barclays Cap Intl T Bond | B | Dividend | L | T | | | | | |
| 28.  Vanguard Bond Index Fund | C | Dividend | L | T | | | | | |
| 29.  Vanguard Energy ETF | B | Dividend | L | T | | | | | |
| 30.  Vanguard REIT | C | Dividend | L | T | | | | | |
| 31.  SPDR TR Unit Sr 1(X) | B | Dividend | M | T | Buy | 11/16/12 | M | | |
| 32.  SPDR S&PMidcap 400ETF Tr U(X) | A | Dividend | M | T | Buy | 11/16/12 | M | | |
| 33.  Vanguard ScottsdaleFDS Int-Term Corp(X) | D | Dividend | O | T | Buy | 11/16/12 | O | | |
| 34.  Vanguard Tax-Managed Fnd Eur Pac ETF(X) | B | Dividend | M | T | Buy | 11/16/12 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Scotttrade Brokerage account(sX) | A | Interest | K | T | | | | | |
| 36. Alamos Gold common stock(X) | | None | | | Sold | 11/14/12 | K | | |
| 37. Alexco Resource common stock(X) | | None | | | Sold | 11/14/12 | K | | |
| 38. Allied Nevada Gold Corp common stock(X) | | None | | | Sold | 11/14/12 | N | | |
| 39. Aurico Gold Inc common stock(X) | | None | | | Sold | 11/14/12 | J | | |
| 40. Aurizon Mines Ltd common stock(X) | | None | | | Sold | 11/14/12 | K | | |
| 41. Capstone Mining common stock(X) | | None | | | Sold | 11/14/12 | K | | |
| 42. Goldcorp Inc New common stock(X) | | None | | | Sold | 11/14/12 | M | | |
| 43. Luna Gold Corp ORD common stock(X) | | None | | | Sold | 11/14/12 | K | | |
| 44. McEwen Mng Inc common stock(X) | | None | | | Sold | 11/14/12 | K | | |
| 45. Pan American Silver Corp common stock(X) | | None | | | Sold | 11/14/12 | J | | |
| 46. Seabridge Gold Inc common stock(X) | | None | | | Sold | 11/14/12 | L | | |
| 47. Tanzanian Royalty Explor common stock(X) | | None | | | Sold | 11/14/12 | K | | |
| 48. Tata Motors Ltd ADR common stock(X) | | None | | | Sold | 11/14/12 | M | | |
| 49. Zaza Energy Corp common stock(X) | | None | | | Sold | 11/14/12 | K | | |
| 50. Coastal Energy Company common stock(X) | | None | | | Sold | 11/14/12 | M | | |
| 51. Walmart De Mexico Series V(X) | | None | | | Sold | 11/14/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Gold & silver coins DOD value 6/18/13(X) | | None | O | Q | | | | | |
| 53. Riley James Matagorda Prospect LP DOD value 6/18/13(X) | | None | K | Q | | | | | |
| 54. Fergus Oil & Gas LLC DOD value 6/18/13(X) | | None | J | Q | | | | | |
| 55. Harbor Resources LLC DOD value 6/18/13(X) | | None | J | Q | | | | | |
| 56. Harbor Resources LLC DOD value 6/18/13(X) | | None | J | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 12 Trust assets were distributed as "Final".

Part VII, Lines 13 through 30 Respondent was agent for         investment accounts during 2012.

Part VII. Lines 31through 56 Respondent was appointed as Executor of a       estate.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Godbey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544